**Order entered August 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01534-CR

## MICHAEL ADAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-00936-Y

## ORDER

This Court has twice ordered court reporter Sharina Fowler to file a supplemental record containing State's Exhibit nos. 1, 2, 3, and 13. To date, Ms. Fowler has neither filed the reporter's record containing the specified exhibits nor communicated with the Court regarding the status of the exhibits. The appeal cannot proceed until the issue of the exhibits is resolved.

Accordingly, we **ORDER** the trial court to make findings regarding the following:

- Whether the record can be supplemented with State's Exhibit nos. 1, 2, 3, and 13.

- If the record can be supplemented with the exhibits, the trial court shall make findings regarding: (1) Ms. Fowler's failure to file the exhibits in accordance with this Court's orders of July 8, 2013 and August 5, 2013; and (2) the date by which the supplemental record with the exhibits will be filed.

- If the record cannot be supplemented with State's Exhibit nos. 1, 2, 3, and 13, the trial court shall determine whether appellant is at fault for the loss or destruction of the exhibits and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; court reporter Sharina Fowler; and counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/     LANA MYERS
        JUSTICE